06-CV-00605 - PSF - BNB

nMon Apr  3 11:52:46 2006

UNITED STATES DISTRICT COURT

DENVER          , CO

Receipt No.    100 267260
Cashier         sabrina

C.C. Number: SEE CC REC            03/09

DO Code    Div No
 4613       1

Sub Acct Type Tender       Amount
1:510000  N      4         190.00
2:086900  N      4          60.00

Total Amount        $      250.00

FAEGRE BENSON

06-CV-605, FILING OF NEW COMPLAINT, CROC
S V ACME EX-IM, SQ