IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


CROCS, INC.                        )
                                   )
Plaintif                           )
                                   )         Civil Action No. 06-CV-00605
v.                                 )
                                   )
D.MYERS & SONS, INC. et al.        )
                                   )
Defendants                         )


ANSWER

Defendant D. Myers & Sons, Inc., by counsel, for its answer to the Complaint filed by Plaintiff CROCS, INC. states as follows:

1.      Defendant is without sufficient information concerning the allegations set forth in paragraph No. 1 and therefore denies the same.

2.      Defendant is without sufficient information to answer the allegations set forth in paragraph No. 2 and therefore denies the same.

3.      Defendant is without sufficient information to answer the allegations set forth in paragraph No. 3 and therefore denies the same.

4.      Defendant is without sufficient information to answer the allegations set forth in paragraph No. 4 and therefore denies the same.

5.      Defendant is without sufficient information to answer the allegations set forth in paragraph No. 5 and therefore denies the same.

6.      Defendant admits the allegation set forth in paragraph No. 6.

1

7.      Defendant is without sufficient information to answer the allegations set forth in paragraph No. 7 and therefore denies the same.

8.      Defendant is without sufficient information to answer the allegations set forth in paragraph No. 8 and therefore denies the same.

9.      Defendant is without sufficient information to answer the allegations set forth in paragraph No. 9 and therefore denies the same.

10.     Defendant is without sufficient information to answer the allegations set forth in paragraph No. 10 and therefore denies the same.

11.     Defendant is without sufficient information to answer the allegations set forth in paragraph No. 11 and therefore denies the same.

12.     Defendant is without sufficient information to answer the allegations set forth in paragraph No. 12 and therefore denies the same.

13.     Defendant is without sufficient information to answer the allegations set forth in paragraph No. 13 and therefore denies the same.

## JURISDICTION AND VENUE

14.     Defendant admits the allegation set forth in paragraph 14.

15.     Defendant denies the allegation set forth in paragraph 15.

16.     Defendant admits the allegation set forth in paragraph 16.

## GENERAL ALLEGATIONS

17.     Defendant is without sufficient information to answer the allegations set forth in paragraph No. 17 and therefore denies the same.

18.     Defendant is without sufficient information to answer the allegations set forth in paragraph No. 18 and therefore denies the same.

19.     Defendant is without sufficient information to answer the allegations set forth in paragraph No. 19 and therefore denies the same.

20.     Defendant is without sufficient information to answer the allegations set forth in paragraph No. 20 and therefore denies the same.

## CROCS'S PATENT AND TRADE DRESS

### THE '858 PATENT

21.     Defendant is without sufficient information to answer the allegations set forth in paragraph No. 21 and therefore denies the same except Defendant admits that U.S. Patent No. 6,993,858 B2 issued on February 7, 2006.

22.     Defendant is without sufficient information to answer the allegations set forth in paragraph No. 22 and therefore denies the same except Defendant admits that the '858 Patent claims various footwear pieces.

23.     Defendant admits the allegations set forth in paragraph No. 23.

### THE '789 PATENT

24.     Defendant is without sufficient information to answer the allegations set forth in paragraph No. 24 and therefore denies the same except that Defendant admits that U.S. Patent No. D 517,789 issued on March 28, 2006.

25.     Defendant admits the allegation in paragraph No. 25 except Defendant denies that the patent shows an ornamental design.

### CROCS'S TRADE DRESS

26.     Defendant denies the allegation set forth in paragraph no. 26.

27.     Defendant is without sufficient knowledge to answer paragraph no. 27

therefore denies the same.

28.    Defendant denies the allegation set forth in paragraph no. 28.

29.    Defendant is without sufficient information to answer the allegations set forth in paragraph No. 29 and therefore denies the same.

30.    Defendant is without sufficient information to answer the allegations set forth in paragraph No. 30 and therefore denies the same.

31.    Defendant is without sufficient information to answer the allegations set forth in paragraph No. 31 and therefore denies the same.

32.    Defendant is without sufficient information to answer the allegations set forth in paragraph No. 32 and therefore denies the same.

33.    Defendant denies the allegation set forth in paragraph no. 33.

34.    Defendant denies the allegation set forth in paragraph no. 34.

## DEFENDANT'S INFRINGING ACTIVITIES

**DEFENDANT ACME EX-IM, INC.**

35.    Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 35 and therefore denies the same.

36.    Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 36 and therefore denies the same.

37.    Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 37 and therefore denies the same.

**DEFENDANT AUSTRAILIA UNLIMITED, INC.**

38.    Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 38 and therefore denies the same.

39.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 39 and therefore denies the same.

40.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 40 and therefore denies the same.

41.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 41 and therefore denies the same.

**DEFENDANT CHENG'S ENTERPRISES INC.**

42.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 42 and therefore denies the same.

43.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 43 and therefore denies the same.

44.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 44 and therefore denies the same.

**DEFENDANT COLLECTIVE LICENSING INTERNATIONAL, LLC.**

45.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 45 and therefore denies the same.

46.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 46 and therefore denies the same.

47.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 47 and therefore denies the same.

**DEFENDANT D. MYERS & SONS, INC.**

48.     Defendant admits the allegation set forth in paragraph no. 48.

49.     Defendant admits the allegation set forth in paragraph no. 49.

50.     Defendant denies the allegation set forth in paragraph no. 50.

**DEFENDANT DOUBLE DIAMOND DISTRIBUTION LTD.**

51.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 51 and therefore denies the same.

52.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 52 and therefore denies the same.

53.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 53 and therefore denies the same.

**DEFENDANT EFFERVESCENT INC.**

54.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 54 and therefore denies the same.

55.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 55 and therefore denies the same.

56.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 56 and therefore denies the same.

**DEFENDANT GEN-X SPORTS INC.**

57.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 57 and therefore denies the same.

58.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 58 and therefore denies the same.

59.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 59 and therefore denies the same.

**DEFENDANT HOLEY SOLES HOLDINGS LTD.**

60.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 35 and therefore denies the same.

61.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 61 and therefore denies the same.

62.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 62 and therefore denies the same.

63.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 63 and therefore denies the same.

**DEFENDANT INTER-PACIFIC TRADING CORPORATION**

64.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 64 and therefore denies the same.

65.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 65 and therefore denies the same.

66.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 66 and therefore denies the same.

**DEFENDANT SHAKA HOLDINGS, INC.**

67.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 67 and therefore denies the same.

68.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 68 and therefore denies the same.

69.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 69 and therefore denies the same.

DEFENDANT DOES 1 THROUGH 10

70.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 70 and therefore denies the same.

71.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 71 and therefore denies the same.

72.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 72 and therefore denies the same.

73.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 73 and therefore denies the same.

74.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 74 and therefore denies the same.

75.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 75and therefore denies the same.

76.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 76 and therefore denies the same.

78.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 78 and therefore denies the same.

79.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 79 and therefore denies the same.

80.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 80 and therefore denies the same.

81.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 81 and therefore denies the same.

82.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 82 and therefore denies the same.

83.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 83 and therefore denies the same.

## COUNT 1

## INFRINGEMENT OF THE '858 PATENT

84.     In so far that paragraph no. 84 constitutes an allegation Defendant admits the same.

85.     With reference to the allegation set forth in paragraph 85,  Defendant is without sufficient knowledge to answer these allegations, and therefore denies the same with the exception of D. Myers & Sons's Gators and Veg which Defendant denies.

86.     With reference to the allegation set forth in paragraph 86 Defendant denies the same.

## COUNT II

## INFRINGEMENT OF THE '789 PATENT

87.     In so much as paragraph 87 constitutes an allegation Defendant admits the same.

88.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 88 and therefore denies the same.  Defendant specifically denies the allegation reference to D. Myers and Sons's Gators and Veg.

89.     Defendant denies the allegation set forth in paragraph no. 89.

## COUNT III

### TRADE DRESS INFRINGEMENT

90.     In so much as paragraph  90 constitutes an allegation Defendant admits the same.

91.     Defendant is without sufficient knowledge to answer the allegations set forth in paragraph 91 and therefore denies the same.  Defendant specifically denies allegations relative to Gators and Veg footwear by D. Myers & Sons.

92.     With reference to the allegations set forth in paragraph 92, Defendant denies the same.

93.     With reference to the allegation set forth in paragraph 93, Defendant denies the same.

94.     With reference to the allegation set forth in paragraph 94, Defendant denies the same.

95.     With reference to the allegation set forth in paragraph 95, Defendant denies the same.

## COUNT IV

### VIOLATION OF COLORADO CONSUMER PROTECTION ACT

96.     To the extent that an allegation is set forth in paragraph 96 Defendant admits the same.

97.     With reference to the allegation set forth in paragraph 97, Defendant denies the same.

98.     With reference to the allegation set forth in paragraph 98, Defendant denies the same.

99.     With reference to the allegation set forth in paragraph 99, Defendant denies the same.

100.    With reference to the allegation set forth in paragraph 100, Defendant denies the same.

101.    With reference to the allegation set forth in paragraph 101, Defendant denies the same.

102.    With reference to the allegation set forth in paragraph 102, Defendant denies the same.

**COUNT V**

**COMMON LAW UNFAIR COMPETITION**

103.    To the extent that paragraph 103 constitutes and allegation Defendant admits the same.

104.    With reference to the allegation set forth in paragraph 104, Defendant denies the same.

105.    With reference to the allegation set forth in paragraph 105, Defendant denies the same.

106.    With reference to the allegation set forth in paragraph 106, Defendant denies the same.

107.    With reference to the allegation set forth in paragraph 107, Defendant denies the same.

ALL ALLEGATIONS NOT SPECIFICALLY ADMITTED ARE DENIED.

Dated: April  26, 2006                                          s/ Donald C. Casey

                                                    Donald C. Casey
                                                    Law Office of Donald C. Casey
                                                    311 N. Washington Street, Suite 100
                                                    Alexandria, Virginia 22314
                                                    Telephone: (703) 548-2131
                                                    Facsimile: (703) 548-8961
                                                    Email: DCCLAW@aol.com

                                                    Attorney for Defendant
                                                    D. MYERS AND SONS, INC.