IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00605-PSF-BNB

CROCS, INC,

    Plaintiff,

v.

ACME EX-IM, INC.;
AUSTRALIA UNLIMITED, INC.;
CHENG'S ENTERPRISES, INC.;
COLLECTIVE LICENSING INTERNATIONAL, LLC;
D. MYERS & SONS, INC.;
DOUBLE DIAMOND DISTRIBUTION, LTD.;
EFFERVESCENT, INC.;
GEN-X SPORTS, INC.;
HOLEY SOLES HOLDINGS, LTD.;
INTER-PACIFIC TRADING CORPORATION;
SHAKA HOLDINGS, INC.; and
DOES 1-10,

    Defendants.

## ORDER ADMINISTRATIVELY CLOSING CASE

Upon review of the Motion of Defendants Collective Licensing International, LLC, Effervescent, Inc. and Holey Soles Holdings, Ltd. To Stay Action Pursuant to 28 U.S.C. § 1659 (Dkt. # 26) and Joinder of Gen-X Sports, Inc. In Motion to Stay Action Pursuant to 28 U.S.C. § 1659 (Dkt. # 28), the Court GRANTS the motions and

ORDERS that the Clerk of the Court is hereby DIRECTED to close this case administratively pursuant to D.C.Colo.LCivR 41.2, subject to possible reopening by the Court upon motion by a party having shown good cause.

DATED: May 16, 2006        BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge