IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00605-PSF-BNB

CROCS, INC.

      Plaintiff,

v.

ACME EX-IM, INC.
AUSTRALIA UNLIMITED, INC.
CHENG'S ENTERPRISES, INC.
COLLECTIVE LICENSING INTERNATIONAL, LLC
D. MYERS & SONS, INC.
DOUBLE DIAMOND DISTRIBUTION, LTD.,
EFFERVESCENT, INC.,
GEN-X SPORTS, INC.
HOLEY SOLES HOLDINGS, LTD.
INTER-PACIFIC TRADING CORPORATION
SHAKA HOLDINGS, INC.
DOES 1-10,

      Defendants.

## ORDER GRANTING CROCS' MOTION TO REOPEN CASE

This matter comes before the Court on Plaintiff Crocs, Inc.'s ("Crocs"), Motion to Reopen Case (Dkt. # 40). The Court, having reviewed the Motion and being advised as to all matters pertinent thereto, and finding good cause therefore,

GRANTS the motion and ORDERS that the case is reopened for the limited purpose of entering a Consent Judgment against Shaka Holdings, Inc.

DATED: June 12, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge