IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00605-PSF-BNB

CROCS, INC.

      Plaintiff,

v.

ACME EX-IM, INC.
AUSTRALIA UNLIMITED, INC.
CHENG'S ENTERPRISES, INC.
COLLECTIVE LICENSING INTERNATIONAL, LLC
D. MYERS & SONS, INC.
DOUBLE DIAMOND DISTRIBUTION, LTD.,
EFFERVESCENT, INC.,
GEN-X SPORTS, INC.
HOLEY SOLES HOLDINGS, LTD.
INTER-PACIFIC TRADING CORPORATION
SHAKA HOLDINGS, INC.
DOES 1-10,

      Defendants,

## ORDER GRANTING CROCS' MOTION TO REOPEN CASE

This matter comes before the Court on Plaintiff Crocs, Inc.'s ("Crocs"), Motion to Reopen Case, and the Court, having reviewed the Motion and being advised as to all matters pertinent thereto, and finding good cause therefore,

GRANTS the motion and ORDERS that the case is reopened for the limited purpose of entering a Consent Judgment against Inter-Pacific Trading Corporation.

DATED: June 21, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge