# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Phillip S. Figa

Civil Action No. 06-cv-00605-PSF-BNB

**CROCS, INC**.

    Plaintiff,

v.

**ACME EX-IM, INC**.
**AUSTRALIA UNLIMITED, INC.**
**CHENG'S ENTERPRISES, INC.**
**COLLECTIVE LICENSING INTERNATIONAL, LLC**
**D. MYERS & SONS, INC.**
**DOUBLE DIAMOND DISTRIBUTION, LTD.,**
**EFFERVESCENT, INC.,**
**GEN-X SPORTS, INC.**
**HOLEY SOLES HOLDINGS, LTD.**
**INTER-PACIFIC TRADING CORPORATION**
**SHAKA HOLDINGS, INC.**
**DOES 1-10**

    Defendants.
_____

**ORDER**
_____

    Matt Stump's Notice of Withdrawal as Counsel is treated by the Court as a

Motion to Withdrawal under D.C.COLO.LCiv. 83.3D.   It is therefore

    ORDERED that Matt Stump's Motion to Withdrawal (Dkt. # 52) is GRANTED.

Matt Stumps is permitted to withdraw as counsel for Plaintiff Crocs, Inc. effective

immediately.  Natalie Hanlon-Leh shall continue to represent Plaintiff Crocs, Inc.

DATED: August 17, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge