IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00605-PSF-BNB

CROCS, INC.,

 Plaintiff,

v.

ACME EX-IM, INC.;
AUSTRALIA UNLIMITED, INC.;
CHENG'S ENTERPRISES, INC.;
COLLECTIVE LICENSING INTERNATIONAL, LLC;
D. MYERS & SONS, INC.;
DOUBLE DIAMOND DISTRIBUTION, LTD.;
EFFERVESCENT, INC.;
GEN-X SPORTS, INC.;
HOLEY SOLES HOLDINGS, LTD.;
INTER-PACIFIC TRADING CORPORATION;
SHAKA HOLDINGS, INC.; and
DOES 1-10,

 Defendants.

## ORDER ON MOTION TO STRIKE ANSWER

  This matter comes before the Court on Plaintiff's Motion to Strike the Answer, Affirmative Defenses and Counterclaims of Defendant Australia Unlimited, Inc. (Dkt. # 54), filed by plaintiff on August 22, 2006.  Defendant Australia Unlimited, Inc., filed its opposition on August 28, 2006 (Dkt. # 55).  The motion is GRANTED in part, and DENIED in part, for the following reasons:

  On May 16, 2006, this Court entered an order staying this case based in part on the stipulation of some of the parties, and pursuant to 28 U.S.C. § 1659(a), which

mandates stay of cases at the request of a party when the parties are also parties to a proceeding before the International Trade Commission ("ITC") (Dkt. # 31).  Although Defendant Australia Unlimited, Inc. was not a party to the stipulated motion for stay, the Court notes that it is a party to the proceeding before the ITC (*see* Motion for Stay, Dkt. # 26, Exhibit A, thereto).  The case was also ordered administratively closed, subject to possible reopening by the Court (Dkt. # 31).

Since the entry of the stay Order, this Court has on several occasions authorized limited reopening of the case at the request of plaintiff to permit the filing of consent judgments between plaintiff and certain defendants.  The Court also notes that at least one defendant other than Australia Unlimited, Inc. filed an answer after the stay was entered (*see* Dkt. # 33).  Thus, while plaintiff may be correct that no further pleadings are to be filed, the Court sees no reason at this time to strike the answer and counterclaims filed by Defendant Australia Unlimited, Inc.  However, given the fact that this case is stayed pending resolution of the proceedings before the ITC, Plaintiff Crocs, Inc. need not file a response to the counterclaims.

DATED: September 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge