IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip S. Figa

Civil Action No.  06-cv-00605-PSF-BNB

CROCS, INC.

      Plaintiff,

v.

ACME EX-IM, INC.;
AUSTRALIA UNLIMITED, INC.;
CHENG'S ENTERPRISES, INC.;
COLLECTIVE LICENSING INTERNATIONAL, LLC;
D. MYERS & SONS, INC.;
DOUBLE DIAMOND DISTRIBUTION, LTD.;
EFFERVESCENT, INC.;
GEN-X SPORTS, INC.;
HOLEY SOLES HOLDINGS, LTD.;
INTER-PACIFIC TRADING CORPORATION;
SHAKA HOLDINGS, INC.; and
DOES 1-10,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO REOPEN CASE

      This matter comes before the Court on Plaintiff Crocs, Inc.'s ("Crocs"), Motion to Reopen Case (Dkt. # 60).  The Court, having reviewed the motion and being advised as to all matters pertinent thereto, and finding good cause therefore, hereby

      GRANTS the motion and ORDERS that the case is reopened for the limited purpose of entering a Consent Judgment against D. Myers & Sons, Inc.

      DATED: May 23, 2007

BY THE COURT:

*s/ Lewis T. Babcock for*
_____
Phillip S. Figa
United States District Judge