IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00605-PAB-BNB

CROCS, INC.,

Plaintiff,

v.

ACME EX-IM, INC.,
AUSTRALIA UNLIMITED, INC.,
CHENG'S ENTERPRISES, INC.,
D. MEYERS & SONS, INC.,
DOUBLE DIAMOND DISTRIBUTION, LTD.,
EFFERVESCENT, INC.,
HOLEY SOLES HOLDINGS, LTD.,
INTER-PACIFIC TRADING CORPORATION,
SHAKA HOLDINGS, INC., and
DOES 1-10,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw** [docket no. 76, filed May 23, 2012] (the "Motion").

IT IS ORDERED that a hearing on this Motion is set for **June 11, 2012, at 2:30 p.m., Mountain Daylight Time,** in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED that the Clerk of the Court is to send a copy of this Order to: Mike Cheevers, Trustee in Bankruptcy, c/o WOLRIGE MAHON LIMITED, 900 - 400 Burrard Street, Vancouver, BC, Canada V6C 3B7.  Mr. Cheevers is to attend this hearing, but may attend telephonically by calling Chambers at the appropriate time at **303/844-6408**.

DATED:  May 30, 2012