## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00605-PAB-BNB

**CROCS, INC.**

    Plaintiff,

v.

**ACME EX-IM, INC.;**
**AUSTRALIA UNLIMITED, INC.;**
**CHENG'S ENTERPRISES, INC.;**
**COLLECTIVE LICENSING**
**INTERNATIONAL, LLC;**
**D. MYERS & SONS, INC.;**
**DOUBLE DIAMOND DISTRIBUTION, LTD.;**
**EFFERVESCENT, INC.;**
**GEN-X SPORTS, INC.;**
**HOLEY SOLES HOLDINGS, LTD.;**
**INTER-PACIFIC TRADING**
**CORPORATION;**
**SHAKA HOLDINGS, INC.;** and
**DOES 1-10**;

    Defendants.

## STATUS REPORT

  1. Plaintiff Crocs, Inc. ("Crocs"), by and through counsel, hereby submits this Status Report in response to the Court's May 9, 2012 Order Lifting Stay (Dkt. No. 75).

  2. Crocs brought this action on April 3, 2006, alleging that the above-named defendants infringed its trade dress and certain claims of U.S. Patents Nos. 6,993,858 B2 (the "'858 Patent") and D 517,789 (the "'789 Patent"). On May 12, 2006, defendants Collective Licensing International, LLC ("CLI"), Effervescent, Inc. ("Effervescent") and Holey Soles Holdings, Ltd. ("Holey Soles")

-2-

submitted a motion to stay action pursuant to 28 U.S.C. § 1659 (Dkt. # 26); and Gen-X Sports, Inc. ("Gen-X") submitted its joinder of that motion on the same day (Dkt. # 28). On May 16, 2006, the Court granted the motions and entered an Order Administratively Closing Case. (Dkt. # 31).

3. On July 15, 2011, after a multi-year process including a decision by the United States Court of Appeals for the Federal Circuit in *Crocs, Inc. v. United States Int'l Trade Comm'n*, 598 F.3d 1294, 1311 (Fed. Cir. 2010), the United States International Trade Commission (the "Commission") issued a Final Commission Determination of Violation. The Commission found a violation of 19 U.S.C. § 1337 by respondents Double Diamond Distribution Ltd. ("Double Diamond"), Effervescent and Holey Soles. The violation was predicated on infringement of the '858 Patent by Double Diamond and Effervescent and on infringement of the '789 Patent by all three respondents.

4. On May 9, 2012, the Court entered an Order Lifting Stay, which administratively reopened the case pursuant to D.C.COLO.LCivR 41.2 and also transferred the record of the proceedings before the Commission to this Court.

5. The remaining Defendants in this matter are Effervescent, Holey Soles, Double Diamond, and Cheng's Enterprises, Inc. ("Cheng's"). Each was served a copy of the Complaint. *See* Dkt # 4 (summons returned executed on Effervescent); Dkt. # 8 (summons returned executed on Cheng's); Dkt. # 21 (summons returned executed on Double Diamond); Dkt. # 22 (summons returned executed on Holely Soles).

6. Double Diamond filed an Answer to the Complaint on May 19, 2006. (Dkt. # 33). Effervescent, Holey Soles, and Cheng's have not responded to the Complaint.

7. Crocs wishes to file an Amended Complaint limiting the claims in this case to those adjudicated by the Commission, namely Count I (Infringement of the '858 Patent) and Count II (Infringement of the '789 Patent) and eliminating references to Defendants which have consented to judgment or otherwise been dismissed. As Double Diamond filed an answer to the Complaint on May 19, 2006, Crocs has conducted an initial conference with counsel for Double Diamond regarding reaching an agreement for Crocs to file the Amended Complaint. If necessary, Crocs will seek leave of the Court to file the Amended Complaint by June 22, 2012.

8. Because the Amended Complaint will substantially narrow the issues in this case and the record from the Commission addresses Crocs's remaining claims and is available to the Court, Crocs submits that an expedited case management schedule is appropriate, with discovery cut-off and dispositive motion deadlines occurring before the end of the year.

9. Undersigned counsel will meet and confer with counsel for Double Diamond and Cheng's, and counsel for Effervescent and Holey Soles once they have entered their appearances, regarding the specific deadlines that should be established in this case.

10. Certificate of Conferral pursuant to D.C.COLO.LCivR 7.1(A): Because this matter has been stayed for nearly six years, undersigned counsel is unsure who currently represents Effervescent and Holey Soles in this action and was therefore unable to confer with opposing counsel regarding this Status Report. Counsel for Cheng's and Crocs have conferred regarding this Status Report and resolution of this matter and expect that a resolution may be finalized and filed in the near future. Counsel for Double Diamond and Crocs have also conferred regarding this Status

Report and discussed whether Double Diamond will consent to the filing of the Amended Complaint.

Dated: June 8, 2012                                      Respectfully submitted,

                                              s/ Michael A. Berta
                                              Michael A. Berta
                                              ARNOLD & PORTER LLP
                                              Three Embarcadero Center, Seventh Floor
                                              San Francisco, CA 94111
                                              Telephone: (415) 471-3277
                                              Facsimile:  (415) 471-3400
                                              michael.berta@aporter.com

                                              George R. Green
                                              ARNOLD & PORTER LLP
                                              370 Seventeenth Street, Suite 4400
                                              Denver, CO  80202-1370
                                              Telephone:  (303) 863-1000
                                              Facsimile:  (303) 832-0428
                                              george.green@aporter.com

                                              *Attorneys for Crocs, Inc., Plaintiff*

-5-

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that this 8$^h$ day of June, 2012, the foregoing **STATUS REPORT** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              s/ Linda J. Teater