IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00605-PAB-BNB

CROCS, INC.,

Plaintiff,

v.

ACME EX-IM, INC.,
AUSTRALIA UNLIMITED, INC.,
CHENG'S ENTERPRISES, INC.,
D. MEYERS & SONS, INC.,
DOUBLE DIAMOND DISTRIBUTION, LTD.,
EFFERVESCENT, INC.,
HOLEY SOLES HOLDINGS, LTD.,
INTER-PACIFIC TRADING CORPORATION,
SHAKA HOLDINGS, INC., and
DOES 1-10,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Motion to Withdraw** [docket no. 82, filed June 8, 2012] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED. Glenn D. Bellamy is granted leave to withdraw from the representation of Double Diamond Distribution, Ltd. and is to be removed from the electronic service.

DATED:  June 11, 2012