IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   06-cv-00605-PAB- BNB | Date: June 11, 2012 |
| Courtroom Deputy: Julie Dynes and Nick Richards | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| CROCS, INC. | George R. Green |
|       Plaintiff(s), | |
| v. | |
| ACME EX-IM, INC., | |
| AUSTRALIA UNLIMITED, INC., | |
| CHENG'S ENTERPRISES, INC., | |
| D. MEYERS & SONS, INC., | |
| DOUBLE DIAMOND DISTRIBUTION, LTD., | Paul F. Lewis |
| EFFERVESCENT, INC., | |
| HOLEY SOLES HOLDINGS, LTD., | Stephen J. Horace |
| INTER-PACIFIC TRADING CORPORATION, | |
| SHAKA HOLDINGS, INC., | |
|       Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     2:33 p.m.

Appearance of counsel. Bankruptcy Trustee for Holey Soles Holdings, LTD, Mike Cheevers, present via telephone.

Court's opening remarks. Status regarding remaining defendants discussed.

Argument presented regarding Defendant Holey Soles Holdings LTD's Motion to Withdraw [Doc. #76 filed 5/23/12].

**ORDERED:** Defendant's Motion to Withdraw [76] is **GRANTED.** Defendant Holey Soles Holdings LTD must promptly retain substitute counsel or be subject to sanctions including striking of pleadings or entry of default judgment.

Court in Recess     2:41 p.m.     Hearing concluded.     Total time in Court: 00:08

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.