IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00605-PAB-BNB

CROCS, INC.,

Plaintiff,

v.

ACME EX-IM, INC.,
AUSTRALIA UNLIMITED, INC.,
CHENG'S ENTERPRISES, INC.,
D. MEYERS & SONS, INC.,
DOUBLE DIAMOND DISTRIBUTION, LTD.,
EFFERVESCENT, INC.,
HOLEY SOLES HOLDINGS, LTD.,
INTER-PACIFIC TRADING CORPORATION,
SHAKA HOLDINGS, INC., and
DOES 1-10,

Defendants.

---

**ORDER**

---

This matter arises on the **Motion to Withdraw** [Doc. # 76, filed 5/23/2012] by Michael G. Martin and the firm of Lathrop & Gage LLP. Mr. Martin and his firm seek to withdraw as counsel for Holey Soles Holdings, Ltd., an entity defendant. I held a hearing on the Motion to Withdraw this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Withdraw [Doc. # 76] is GRANTED, and Michael G. Martin and the firm of Lathrop & Gage LLP are relieved of any further responsibility in the matter;

(2) Holey Soles Holdings, Ltd., is cautioned pursuant to D.C.COLO.LCivR 83.3D that as a legal entity it cannot appear without counsel admitted to practice before this court, and

absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against it; and

    (3)    The Clerk of the Court is directed to send a copy of this Order to Holey Soles Holdings, Ltd., at the following address:

> Mr. Mike Cheevers
> Trustee In Bankruptcy
> c/o WOLRIGE MAHON LIMITED
> 900-400 Burrard Street
> Vancouver, British Columbia
> CANADA V6C 3B7.

Dated June 11, 2012.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge