THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00605-PAB-BNB

**CROCS, INC.**

       Plaintiff,

v.

**ACME EX-IM, INC.;**
**AUSTRALIA UNLIMITED, INC.;**
**CHENG'S ENTERPRISES, INC.;**
**COLLECTIVE LICENSING**
**INTERNATIONAL, LLC;**
**D. MYERS & SONS, INC.;**
**DOUBLE DIAMOND DISTRIBUTION, LTD.;**
**EFFERVESCENT, INC.;**
**GEN-X SPORTS, INC.;**
**HOLEY SOLES HOLDINGS, LTD.;**
**INTER-PACIFIC TRADING**
**CORPORATION;**
**SHAKA HOLDINGS, INC.;** and
**DOES 1-10**;

       Defendants.

---

**MOTION FOR LEAVE TO REPLY TO RESPONSE AND OBJECTION BY
DOUBLE DIAMOND DISTRIBUTION, LTD.**

---

In accordance with the Court's July 6, 2012 Minute Order (Dkt. 94), Plaintiff Crocs, Inc. ("Crocs"), by and through counsel, respectfully files this Motion for Leave to Reply to Response and Objection by Double Diamond Distribution, Ltd. ("Double Diamond") (Dkt. 97). In support of this Motion, Crocs states as follows:

    1.    In its Response, Double Diamond makes arguments relating to the America Invents Act ("AIA"), 35 U.S.C. § 299, and joinder of Defendants under Crocs's initial Complaint (Dkt. #1).

-2-

2. Crocs did not address these topics in its Motion for Leave to Amend Complaint (Dkt. # 92), as the AIA is not controlling here, joinder of Defendants under the initial Complaint was proper, and even if it were not, Crocs's request for leave to eliminate certain claims and Defendants and add U.S.A. DAWGS, Inc. as a party does not put that issue before the Court.

3. Crocs, therefore, respectfully seeks leave to file a short reply by July 31, 2012, that briefly explains why the AIA does not govern this case and responds to Double Diamond's misplaced arguments regarding joinder of the existing parties to the case.

4. Certificate of Conferral pursuant to D.C.COLO.LCivR 7.1(A): Crocs attempted to confer with opposing counsel regarding this Motion, but given the short timeframe involved, Crocs was unable to communicate with counsel before filing this Motion.

WHEREFORE, having shown good cause, Crocs respectfully requests that this Court grant its Motion for Leave to Reply to Response and Objection by Double Diamond.

Dated: July 26, 2012                                Respectfully submitted,

                                                    s/ Michael A. Berta
                                                    Michael A. Berta
                                                    ARNOLD & PORTER LLP
                                                    Three Embarcadero Center, Seventh Floor
                                                    San Francisco, CA 94111
                                                    Telephone: (415) 471-3277
                                                    Facsimile:  (415) 471-3400
                                                    michael.berta@aporter.com

                                                    *Attorneys for Crocs, Inc., Plaintiff*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this 26th day of July, 2012, the foregoing **MOTION FOR LEAVE TO REPLY TO RESPONSE AND OBJECTION BY DOUBLE DIAMOND DISTRIBUTION, LTD.** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

          /s/ Susan Cole