IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00605-PAB-BNB

CROCS, INC.,

Plaintiff,

v.

ACME EX-IM, INC.,
AUSTRALIA UNLIMITED, INC.,
D. MEYERS & SONS, INC.,
DOUBLE DIAMOND DISTRIBUTION, LTD.,
EFFERVESCENT, INC.,
HOLEY SOLES HOLDINGS, LTD.,
INTER-PACIFIC TRADING CORPORATION,
SHAKA HOLDINGS, INC., and
DOES 1-10,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Motion for Leave to Reply to Response and Objection by Double Diamond Distribution, Ltd.** [docket no. 98, filed July 26, 2012] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and plaintiff may reply on or before **July 31, 2012**. The reply shall be no longer than five (5) pages in length for the text not counting the signature block.


DATED: July 30, 2012