IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:   06-cv-0605-PAB-BNB | Date: August 6, 2012 |
| Courtroom Deputy:   Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| CROCS, INC. | *Michael A. Berta* |
| | *George R. Green* |
| **Plaintiff(s)** | |
| v. | |
| ACME EX-IM, INC | |
| AUSTRALIA UNLIMITED, INC | |
| D. MEYERS & SONS, INC | |
| DOUBLE DIAMOND DISTRIBUTION, LTD | *Paul F. Lewis* |
| EFFERVESCENT, INC | |
| HOLEY SOLES HOLDINGS, LTD | |
| INTER-PACIFIC TRADING CORPORATION | |
| SHAKA HOLDINGS, INC | |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  9:59 a.m.

Appearance of counsel.

Argument presented on [92] Plaintiff's Motion for Leave to Amend Complaint.

ORDERED:   Motion for Leave to Amend Complaint [92] is GRANTED. Scheduling Conference set for September 6, 2012 at 2:00 p.m., proposed Scheduling Order due on or before August 30, 2012.

Court in Recess: 10:28 a.m.       Hearing Concluded.       Total Time in Court: 00:11

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119