IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00605-PAB-BNB

CROCS, INC.,

Plaintiff,

v.

ACME EX-IM, INC.,
AUSTRALIA UNLIMITED, INC.,
D. MEYERS & SONS, INC.,
DOUBLE DIAMOND DISTRIBUTION, LTD.,
EFFERVESCENT, INC.,
HOLEY SOLES HOLDINGS, LTD.,
INTER-PACIFIC TRADING CORPORATION,
SHAKA HOLDINGS, INC., and
DOES 1-10,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Leave to Amend Complaint** [Doc. # 92, filed 7/3/2012] (the "Motion to Amend"). I held a hearing on the motion this morning and made rulings on the record.

IT IS ORDERED:

(1)    The Motion to Amend [Doc. # 92] is GRANTED. The Clerk of the Court is directed to accept for filing plaintiff's First Amended Complaint [Doc. # 92-1].

(2)    A scheduling conference is set for **September 6, 2012, at 2:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit a proposed scheduling order on or before August 30, 2012.

Dated August 6, 2012.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge