IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 06-cv-00605-PAB-BNB | Date: October 10, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| CROCS, INC            **Plaintiff(s)**  v.  CHENG'S ENTERPRISES, INC  EFFERVESCENT, INC  HOLEY SOLES HOLDINGS, LTD  DOUBLE DIAMOND DISTRIBUTION, LTD  USA DAWGS, INC            **Defendant(s)** | *Michael A. Berta*  *George R. Green*    *Stephen J. Horace* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 9:57 a.m.

Appearance of counsel. Argument given on [118] Motion to Stay the Proceedings Pending *Inter Partes* Reexaminations.

ORDERED: Matter is TAKEN UNDER ADVISEMENT. Written order to issue.

Court in Recess: 10:51 a.m.    Hearing concluded.    Total time in Court: 00:54

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.