# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00605--PAB-BNB
(consolidated with Civil Action No. 12-cv-02096-PAB)

CROCS, INC.,

    Plaintiff,

v.

CHENG'S ENTERPRISES, INC., et al.,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of the court and all parties of record.

I hereby certify that I am a member in good standing of the bar of this court and enter my appearance in this case as counsel for U.S. A. Dawgs, Inc., and Double Diamond Distribution, Ltd.

DATED this 18th day of February, 2015.

                        LEWIS ROCA ROTHGERBER LLP

                        s/ Darren J. Lemieux
                        Darren J. Lemieux
                        LEWIS ROCA ROTHGERBER LLP
                        1200 Seventeenth Street, Suite 3000
                        Denver, CO 80202-5835
                        Phone: 303-623-9000
                        Fax: 303-623-9222
                        E-mail: dlemieux@lrrlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2015, I delivered a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed via the CM/ECF system and was served upon the following:

Paul W. Rodney
Arnold & Porter, LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370
Telephone: 303.863.1000
Facsimile: 303.832-0428
Email: Paul.Rodney@aporter.com

Michael G. Martin
Hamil Martin LLC
140 East 19th Avenue, Suite 600
Denver, CO 80203
Telephone: 303.830.1057
Facsimile: 303.830.1057
Email: mmartin@hamilmartin.com

Michael Anthony Berta
Arnold & Porter, LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400
Email: Michael.berta@aporter.com

*s/Darren J. Lemieux*
Darren J. Lemieux