**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-CV-00605--PAB-BNB
(consolidated with Civil Action No. 12-cv-02096-PAB)

CROCS, INC.,

    Plaintiff,

v.

CHENG'S ENTERPRISES, INC.,
EFFERVESCENT, INC., HOLEY
SOLES HOLDINGS, LTD., DOUBLE
DIAMOND DISTRIBUTION, LTD., and
U.S.A. DAWGS, INC.,

    Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendants U.S.A. Dawgs, Inc., and Double Diamond Distribution, Ltd. (collectively "Dawgs"), hereby substitute Darren J. Lemieux of the law firm of Lewis Roca Rothgerber LLP, as their counsel of record in above-entitled case in place of Stephen J. Horace and James Espy Dallner of the law firm of Lathrop & Gage, LLP, who hereby simultaneously withdraw their appearance as attorneys of record for Dawgs.

The undersigned further requests that all future notices, pleadings, and other filings herein be transmitted to the law offices of Lewis Roca Rothgerber LLP.

2005209744_1

Respectfully submitted this 18th day of February, 2015.

| LATROP & GAGE LLP - Boulder | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| s/ Stephen J. Horace_____ <br> Stephen J. Horace <br> James Espy Dallner <br> 4845 Pearl East Circle, #201 <br> Boulder, CO 80301 <br> Telephone: 720-931-300 <br> Facsimile:  720-931-3001 <br> E-mail:  shorace@lathropgage.com | s/ Darren J. Lemieux_____ <br> Darren J. Lemieux <br> 1200 Seventeenth Street, Suite 3000 <br> Denver, CO 80202-5835 <br> Telephone: 303-623-9000 <br> Facsimile: 303-623-9222 <br> E-mail:  dlemieux@lrrlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2015, I delivered a true and correct copy of the foregoing **NOTICE OF SUBSITUTION OF COUNSEL** was filed via the CM/ECF system and was served upon the following:

Paul W. Rodney
Arnold & Porter, LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370
Telephone: 303.863.1000
Facsimile: 303.832-0428
Email: Paul.Rodney@aporter.com

Michael G. Martin
Hamil Martin LLC
140 East 19th Avenue, Suite 600
Denver, CO 80203
Telephone: 303.830.1057
Facsimile: 303.830.1057
Email: mmartin@hamilmartin.com

Michael Anthony Berta
Arnold & Porter, LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400
Email: Michael.berta@aporter.com

*s/Darren J. Lemieux*
Darren J. Lemieux