# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00605--PAB-KMT
(consolidated with Civil Action No. 12-cv-02096-PAB)

CROCS, INC.,

    Plaintiff,

v.

CHENG'S ENTERPRISES, INC., et al.,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of the court and all parties of record.

I hereby certify that I am a member in good standing of the bar of this court and enter my appearance in this case as counsel for CVS Caremark Corp.

DATED this 13th day of April, 2015.

    LEWIS ROCA ROTHGERBER LLP

    s/ Darren J. Lemieux
    Darren J. Lemieux
    LEWIS ROCA ROTHGERBER LLP
    1200 Seventeenth Street, Suite 3000
    Denver, CO 80202-5835
    Phone: 303-623-9000
    Fax: 303-623-9222
    E-mail: dlemieux@lrrlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2015, I delivered a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed via the CM/ECF system and was served upon the following:

Paul W. Rodney
Arnold & Porter, LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370
Telephone: 303.863.1000
Facsimile: 303.832-0428
Email: Paul.Rodney@aporter.com

Michael G. Martin
Hamil Martin LLC
140 East 19th Avenue, Suite 600
Denver, CO 80203
Telephone: 303.830.1057
Facsimile: 303.830.1057
Email: mmartin@hamilmartin.com

Michael Anthony Berta
Arnold & Porter, LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400
Email: Michael.berta@aporter.com

*s/ Darren J. Lemieux*
Darren J. Lemieux