# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00605-PAB-KMT
    (Consolidated with Civil Action No. 16-cv-02004-PAB-KMT)

Civil Action No. 06-cv-00605-PAB-KMT

CROCS, INC.,

    Plaintiff,

v.

EFFERVESCENT, INC., *et al.*

    Defendants.

Civil Action No. 16-cv-02004-PAB-KMT

U.S.A. DAWGS, INC., *et al.*

    Plaintiffs,

v.

RONALD SNYDER, *et al.*

    Defendants.

## ATTORNEY DAVID J. KAPLAN'S MOTION TO WITHDRAW

David J. Kaplan is counsel of record for U.S.A. Dawgs, Inc. ("USA Dawgs") and Double Diamond Distribution Ltd. ("Double Diamond") in Civil Action No. 06-cv-00605-PAB-KMT and in Civil Action No. 16-cv-02004-PAB-KMT. Mr. Kaplan has been employed by USA Dawgs since 2016 as its in-house counsel and has represented USA Dawgs and Double Diamond as part of the scope of that employment.

Mr. Kaplan now moves, pursuant to D.C.COLOLAttyR 5(c), to withdraw as attorney of record for USA Dawgs and Double Diamond from Civil Action No. 06-cv-00605-PAB-KMT and Civil Action No. 06-cv-00605-PAB-KMT. Mr. Kaplan has informed USA Dawgs and Double

1

Diamond of his intention to withdraw as counsel and explained his reason for doing so, which is that Mr. Kaplan has accepted a new position and resigned from USA Dawgs effective March 30, 2018.

In accordance with D.C.COLOLAttyR 5(c), Mr. Kaplan has explained to USA Dawgs and Double Diamond that they remain responsible for complying with all court orders and time limitations, and that they may not appear in the above captioned matters without counsel admitted to the bar of this Court. USA Dawgs and Double Diamond will not be prejudiced by Mr. Kaplan's withdrawal as they remain represented by other counsel of record in this case. Moreover, this case is currently administratively closed, which will allow USA Dawgs and Double Diamond to obtain additional or alternative counsel if they wish to do so. *See* Doc. No. 821.

For the foregoing reasons, Mr. Kaplan respectfully requests that the Court grant this motion and enter an order withdrawing his appearance in both Civil Action No. 06-cv-00605-PAB-KMT and Civil Action No. 06-cv-00605-PAB-KMT. A proposed order granting this motion is attached.

Dated:   March 29, 2018

/s/  David J. Kaplan
David J. Kaplan
U.S.A. DAWGS, INC.
4120 W Windmill Ln, # 106
Las Vegas, Nevada 89139
T:  702.260.1060
E:  dkaplan@usadawgs.com

## CERTIFICATE OF SERVICE

  I hereby certify that on March 29, 2018, a true and correct copy of the foregoing was filed via the CM/ECF System and was served upon all attorneys of record who have entered an appearance in this case.

                 /s/ David J. Kaplan
                 David J. Kaplan