IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 06–cv–00605–PAB–KMT
(Consolidated with 12-cv-02096-PAB-BNB and 16-cv-02004-PAB-KMT)

CROCS, INC.,

    Plaintiff,

v.

EFFERVESCENT, INC.,
HOLEY SOLES HOLDINGS, LTD.,
DOUBLE DIAMOND DISTRIBUTION,LTD., and
U.S.A. DAWGS, INC.,

    Defendants.

Civil Action No. 16-cv-02004-PAB-KMT

U.S.A. DAWGS, INC., and
DOUBLE DIAMOND DISTRIBUTION, LTD.,

    Plaintiffs,

v.

RONALD SNYDER,
DANIEL HART,
THOMAS J. SMACH,
ANDREW REES,
GREGG RIBATT,
ANDREW REDDYHOFF,
GEORGE B. BOEDECKER, JR.,
LYNDON HANSON,
DONALD LOCOCO,
RAYMOND CROGHAN,
RONALD FRASCH,
MICHAEL MARGOLIS,
JEFFREY LASHER,
MICHAEL E. MARKS,
PRAKASH MELWANI,

JOHN P. MCCARVEL,
ERIK REBICH, and
SARA HOVERSTOCK,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion to Withdraw as Attorney" (#822, filed March 29, 2018). Being otherwise fully advised, it is hereby ORDERED that the Motion (#822) is GRANTED. Attorney is relieved of any further representation in the above-captioned matter. The Clerk of Court is instructed to remove David J. Kaplan from the electronic certificate of mailing.

Dated: April 2, 2018