**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00605-PAB-KMT
      (Consolidated with Civil Action No. 16-cv-02004-PAB-KMT)

Civil Action No. 06-cv-00605-PAB-KMT

**CROCS, INC.,**

      Plaintiff,

v.

**EFFERVESCENT, INC.;
HOLEY SOLES HOLDINGS, LTD.;
DOUBLE DIAMOND DISTRIBUTION, LTD., and
U.S.A. DAWGS, INC.,**

      Defendants.

Civil Action No. 16-cv-02004-PAB-KMT

**U.S.A. DAWGS, INC. and
DOUBLE DIAMOND DISTRIBUTION, LTD.,**

      Plaintiffs,

v.

**RONALD SNYDER,
DANIEL HART,
THOMAS J. SMACH,
ANDREW REES,
GREGG RIBATT
ANDREW REDDYHOFF,
GEORGE B. BOEDECKER, JR.,
LYNDON HANSON,
DONALD LOCOCO,
RAYMOND CROGHAN,
RONALD FRASCH,
MICHAEL MARGOLIS,
JEFFREY LASHER,**

- 1 -
JOINT STATUS REPORT REGARDING BANKRUPTCY STAY

**MICHAEL E. MARKS,**
**PRAKASH MELWANI,**
**JOHN P. MCCARVEL**,
**ERIK REBICH,**
**SARA HOVERSTOCK, and**
**JOHN AND JANE DOE DEFENDANTS 1-30,**

        Defendants.

---

## JOINT STATUS REPORT REGARDING BANKRUPTCY STAY

---

On March 19, 2018, the Court entered an order administratively closing the case in light of U.S.A. Dawgs, Inc. having filed a petition for chapter 11 bankruptcy in the District of Nevada. ECF No. 821. The Court ordered the parties to "file a status report within 30 days of any action that serves to lift the automatic stay in force as a result of the bankruptcy proceeding," which "status report shall indicate what the action was, the purported impact, and how the party or parties intend to proceed in this case." *Id.* at 4.

On June 18, 2018, the Nevada bankruptcy court provided for the automatic stay in this matter to be lifted upon the occurrence of the earlier of two actions. *In re: U.S.A. Dawgs, Inc.*, No. BK-S-18-10453-LEB (D. Nev.), ECF No. 384 ("Order Lifting Stay," attached hereto as Exhibit A). Namely, the Order Lifting Stay provided that "the automatic stay shall be, and hereby is, modified and lifted to permit continuation of the Colorado Litigation [defined as the present consolidated litigation], effective as of the earlier of (i) the date on which the Court enters an order confirming, or denying confirmation, of a plan of reorganization in this chapter 11 case, and (ii) the date on which the Court enters an order approving, or declining to approve, a sale of the Debtor's assets." *Id.* at 1.

The bankruptcy court did not enter an order confirming, or denying confirmation, of a plan of reorganization. Rather, U.S.A. Dawgs's assets were sold following an auction on June

29, 2018.  Then, on July 20, 2018, the Nevada bankruptcy court then entered an order approving the sale of U.S.A. Dawgs's assets, including its affirmative litigation claims in this matter.  *In re: U.S.A. Dawgs, Inc.*, No. BK-S-18-10453-LEB (D. Nev.), ECF No. 553.  As a result, the stay in this matter terminated on July 20, 2018.

**Proposal by Crocs, Inc. & Defendants in Case No. 16-cv-02004-PAB-KMT ("Snyder Defendants").**

Despite U.S.A. Dawgs's assets having been sold and the automatic stay in this matter having thereby been lifted, certain proceedings are ongoing in the Nevada bankruptcy court, including a motion concerning whether the bankruptcy court should dismiss the chapter 11 proceeding or convert it to a chapter 7 liquidation.  Further, the purchaser of U.S.A. Dawgs's assets has indicated that it may sell the litigation claims to a third-party owned by James Mann, the brother of Steven and Barrie Mann, who manage and own majority interests in U.S.A. Dawgs and Double Diamond Distribution.  However, whether such a transaction has been consummated has not been disclosed to Crocs or the Snyder Defendants.  Thus, the identities of the real-parties-in-interest in this matter are not known, and it is not known what effect, if any, ongoing proceedings in the Nevada bankruptcy will have upon the resumption of litigation of this action.

In light of these facts, Crocs and the Snyder Defendants believe that this case should remain administratively closed at present, subject to any party filing a motion to re-open the case upon the conclusion of all proceedings in the Nevada bankruptcy court and the identification of the real-parties-in-interest for claims previously held by U.S.A. Dawgs, Inc.

**Proposal by U.S.A. Dawgs, Inc. and Double Diamond Distribution, Ltd.**

U.S.A. Dawgs, Inc. and Double Diamond agree with Crocs' proposal that the case should remain administratively closed at present, subject to any party filing a motion to re-open the case.

U.S.A. Dawgs' assets, including the litigation claims of this consolidated action, were sold at auction. The purchaser of U.S.A. Dawgs' assets has indicated that it is in the process of

selling the litigation claims to a third-party, Mojave Desert Holdings LLC. However, that transaction has not been fully completed. The purchaser has indicated that the transaction is likely to be completed on or before September 30, 2018. Double Diamond anticipates that after completion of that transaction, it will substitute new counsel and present this Court with a motion to reopen.

Based upon these facts, this consolidated action should remain administratively closed subject to any party filing a motion to re-open.

Dated: August 17, 2018

Respectfully submitted,

*/s/ Sean M. Callagy*

Sean M. Callagy
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:     415.471.3100
Facsimile:     415.471.3400
Sean.Callagy@arnoldporter.com

*Attorney For Plaintiff Crocs, Inc. and Counterclaim Defendants Ronald Snyder, Daniel Hart, Thomas J. Smach, Andrew Rees, Gregg Ribatt, Lyndon Hanson, Donald Lococo, Raymond Croghan, Ronald Frasch, Michael Margolis, Jeffrey Lasher, Michael E. Marks, Prakash Melwani, John P. Mccarvel, Erik Rebich, Sara Hoverstock and Andrew Reddyhoff*

*/s/ Christopher Hellmich*

Christopher W. Hellmich
HELLMICH LAW GROUP, P.C.
5753-G E. Santa Ana Canyon Rd, Ste. 512
Anaheim Hills, California 92807
Telephone:     949.287.5708
chellmich@hellmichlaw.com

*Attorney for USA Dawgs, Inc. and Double Diamond Distribution, Ltd.*

JOINT STATUS REPORT REGARDING BANKRUPTCY STAY

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 17th day of August, 2018, the foregoing **JOINT STATUS REPORT REGARDING BANKRUPTCY STAY** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Sean M. Callagy*
SEAN M. CALLAGY

JOINT STATUS REPORT REGARDING BANKRUPTCY STAY